```
 1  ANDRÉ BIROTTE JR.
    United States Attorney
 2  ROBERT E. DUGDALE
    Assistant United States Attorney
 3  Chief, Criminal Division
    STEVEN R. WELK
 4  Assistant United States Attorney
    Chief, Asset Forfeiture Section
 5  JENNIFER M. RESNIK
    Assistant United States Attorney
 6  Asset Forfeiture Section
    (Cal. State Bar # 233634)                    JS-6
 7       1400 United States Courthouse
         312 North Spring Street
 8       Los Angeles, California 90012
         Telephone: (213) 894-6595
 9       Facsimile: (213) 894-7177
         E-mail: jennifer.resnik@usdoj.gov
10
    Attorneys for Plaintiff
11  UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CV 13-01574-JVS-(CWx) |
| ) | |
| Plaintiff, ) | CONSENT JUDGMENT OF FORFEITURE |
| ) | |
| v. ) | |
| ) | |
| $34,959.00 IN U.S. CURRENCY, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |
| ) | |
| RANDALL STRICKLAND, ) | |
| ) | |
| Claimant. ) | |
| ) | |
| ) | |
| _____ ) | |

   This action was filed on March 7, 2013.  The government represents that notice was given and published in accordance

with law.  Claimant Randall Strickland ("Claimant") filed the only claim to the defendant $34,959.00 in U.S. currency (the "defendant currency") which was seized on or about October 17, 2012, from Claimant at the Los Angeles International Airport. No other statements of interest or answers have been filed, and the time for filing such statements of interest and answers has expired.  Plaintiff and Claimant have reached an agreement that is dispositive of the action.  The parties hereby request that the Court enter this Consent Judgment of Forfeiture.

        WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:

    A.    This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1345 and 1355 and over the parties hereto.

    B.    The Complaint for Forfeiture states a claim for relief pursuant to 21 U.S.C. § 881(a)(6).

    C.    Notice of this action has been given in accordance with law.  All potential claimants to the defendant currency other than Claimant are deemed to have admitted the allegations of the Complaint.  The allegations set out in the Complaint are sufficient to establish a basis for forfeiture.

    D.    The United States of America shall have judgment as to $29,959.00 of the defendant currency, together with all interest earned by the government on $29,959.00 of the defendant currency since seizure, and no other person or entity shall have any right, title or interest therein.

    E.    $5,000.00 of the defendant currency, together with all interest earned by the government on that amount since seizure, shall be paid to Claimant not later than sixty (60) days from the date of entry of this judgment by electronic transfer

directly into the account entitled "Thomas P. Sleisenger, Client Trust Account." Claimant's counsel agrees to provide appropriate financial institution account information within 10 days of execution of this consent judgment. Said payment shall be subject to applicable federal law.

  F. Claimant hereby releases the United States of America, its agencies, agents, and officers, including employees and agents of the United States Drug Enforcement Administration, and any and all local law enforcement agencies, from any and all claims, actions or liabilities arising out of or related to this action, including, without limitation, any claim for attorney's fees, costs or interest which may be asserted on behalf of the Claimant, whether pursuant to 28 U.S.C. § 2465 or otherwise. Nothing in this proposed consent judgment is intended as, nor should anything in this proposed consent judgment be interpreted as an admission by claimant of any liability or wrongdoing.

///
///
///

G. The court finds that there was reasonable cause for the seizure of the defendant funds and institution of these proceedings. This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

Dated: July 10, 2013

_____
THE HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

**Approved as to form and content:**

Dated: July ___, 2013        ANDRÉ BIROTTE JR.
                             United States Attorney
                             ROBERT E. DUGDALE
                             Assistant United States Attorney
                             Chief, Criminal Division
                             STEVEN R. WELK
                             Assistant United States Attorney
                             Chief, Asset Forfeiture Section


                             _____
                             JENNIFER M. RESNIK
                             Assistant United States Attorney
                             Asset Forfeiture Section

                             Attorneys for Plaintiff
                             United States of America

DATED: July ___, 2013

                             _____
                             THOMAS P. SLEISENGER
                             Attorney for Claimant
                             RANDALL STRICKLAND